FILED
06-03-2025
Walworth County
Clerk of Circuit Court
2025CV000431
Honorable Daniel S. Johnson
Branch 2

STATE OF WISCONSIN :: CIRCUIT COURT :: WALWORTH COUNTY
CIVIL DIVISION

---

DONNA GROCHOWSKE
9021 403rd Avenue
Genoa City, WI 53128

Plaintiff,

-vs-

WALMART, INC.
1 Customer Drive
Bentonville, AR 72716

WAL-MART REAL ESTATE BUSINESS TRUST
1 Customer Drive
Bentonville, AR 72716

AGREE STORES, LLC
32301 Woodward Avenue
Royal Oak, MI 48073

AGREE REALTY CORPORATION
32301 Woodward Avenue
Royal Oak, MI 48073

MARKEL INSURANCE COMPANY
f/k/a INSURANCE COMPANY OF EVANSTON
a/k/a EVANSTON INSURANCE COMPANY
10275 West Higgins Road, Ste 750
Rosemont, IL 60018

Defendants.

**SUMMONS**

Personal Injury Other
Case Code No. 30107

Amount Claimed is
Greater Than $10,000.00

---

To each person named above:

You are hereby notified that the plaintiffs named above have filed a lawsuit or other legal action against you. The complaint, which is attached, states the nature and basis of the legal action.





EXHIBIT 1

Within forty-five (45) days of receiving this summons, you must respond with a written answer, as that term is used in Chapter 802 of the Wisconsin Statutes, to the complaint. The Court may reject or disregard an answer that does not follow the requirements of the statutes. The answer must be sent or delivered to the Court, whose address is Walworth County Courthouse, 1800 County Trunk NN, Elkhorn, WI 53121, and to plaintiff's attorney, whose address is 933 North Mayfair Road, Suite 307, Milwaukee, Wisconsin, 53226. You may have an attorney help or represent you.

If you do not provide a proper answer within forty-five (45) days, the Court may grant judgment against you for the award of money or other legal action requested in the complaint. A judgment may be enforced as provided by law and you may lose your right to object to anything that is or may be incorrect in the complaint. A judgment awarding money may become a lien against any real estate you own now or in the future and may also be enforced by garnishment or seizure of property.

Dated this 3rd day of June 2025.

ACTION LAW OFFICES, S.C.

BY: *Electronically signed by Steven C Gabert*
STEVEN C. GABERT
Attorney for the Plaintiff,
DONNA GROCHOWSKE
State Bar No. 1010762
933 North Mayfair Road, Ste. 307
Milwaukee, Wisconsin 53226
Telephone: (414) 456-1111
Fax: (414) 456-1644
scgabert@actionlawoffices.com





EXHIBIT 1

FILED
06-03-2025
Walworth County
Clerk of Circuit Court
2025CV000431
Honorable Daniel S. Johnson
Branch 2

STATE OF WISCONSIN :: CIRCUIT COURT :: WALWORTH COUNTY
CIVIL DIVISION

---

DONNA GROCHOWSKE
9021 403rd Avenue
Genoa City, WI 53128

Plaintiff,

-vs-

**COMPLAINT**

Personal Injury Other
Case Code No. 30107

Amount Claimed is
Greater Than $10,000.00

WALMART, INC.
1 Customer Drive
Bentonville, AR 72716

WAL-MART REAL ESTATE BUSINESS TRUST
1 Customer Drive
Bentonville, AR 72716

AGREE STORES, LLC
32301 Woodward Avenue
Royal Oak, MI 48073

AGREE REALTY CORPORATION
32301 Woodward Avenue
Royal Oak, MI 48073

MARKEL INSURANCE COMPANY
f/k/a INSURANCE COMPANY OF EVANSTON
a/k/a EVANSTON INSURANCE COMPANY
10275 West Higgins Road, Ste 750
Rosemont, IL 60018

Defendants.

---

NOW COMES the plaintiff, DONNA GROCHOWSKE, by her attorneys, ACTION LAW OFFICES, S.C. by Attorney STEVEN C. GABERT, and alleges as follows:

## FIRST CAUSE OF ACTION - NEGLIGENCE

As and for a First Cause of Action on behalf of the plaintiff, DONNA GROCHOWSKE:

1. That the plaintiff, DONNA GROCHOWSKE, is an adult individual, residing at 9021 403rd Avenue, Genoa City, Wisconsin, 53128.

2. That the defendant, WALMART, INC., is a foreign business corporation, whose registered agent is CT Corporation System, 301 South Bedford Street, Suite 1, Madison, Wisconsin, 53703, and whose principal offices are located at 1 Customer Drive, Bentonville, Arkansas, 72716. That upon information and belief, Walmart, Inc. was at all times material hereto the owner, manager, and/or caretaker of the premises known as Walmart Supercenter, located at 201 Edwards Blvd, Lake Geneva, Wisconsin 53147, where the plaintiff, DONNA GROCHOWSKE, was injured.

3. That the defendant, WAL-MART REAL ESTATE BUSINESS TRUST is a foreign trust, whose registered agent is CT Corporation System, 301 South Bedford Street, Suite 1, Madison, Wisconsin, 53703, and whose principal offices are located at 71 Customer Drive, Bentonville, Arkansas, 72716. That upon information and belief, Wal-Mart Real Estate Business Trust was at all times material hereto the owner, manager, and/or caretaker of the premises known as Walmart Supercenter, located at 201 Edwards Blvd, Lake Geneva, Wisconsin 53147, where the plaintiff, DONNA GROCHOWSKE, was injured.

4. That the defendant, AGREE STORES, LLC, is a foreign limited liability company, whose registered agent is CT Corporation System, 301 South Bedford Street, Suite 1, Madison, Wisconsin, 53703, and whose principal offices are located at 32301 Woodward Avenue, Royal Oak, Michigan, 48073. That upon information and belief, AGREE STORES, LLC, was at all times material hereto the owner, manager, and/or caretaker of the premises known as Walmart Supercenter, located at 201 Edwards Blvd, Lake Geneva, Wisconsin 53147, where the plaintiff, DONNA GROCHOWSKE, was injured.

5. That the defendant, AGREE REALTY CORPORATION is a foreign limited liability company, whose registered agent and whose principal offices are located at 32301 Woodward Avenue, Royal Oak, Michigan, 48073. That upon information and belief, AGREE REALTY CORPORATION was at all times material hereto the owner, manager, and/or caretaker of the premises known as Walmart Supercenter, located at 201 Edwards Blvd, Lake Geneva, Wisconsin 53147, where the plaintiff, DONNA GROCHOWSKE, was injured.

6. That the defendant, MARKEL INSURANCE COMPANY, formerly known as INSURANCE COMPANY OF EVANSTON, also known as EVANSTON INSURANCE COMPANY, is a foreign stock corporation, whose registered agent is Corporation Service Company, located at 33 E. Main Street, Suite 610, Madison, Wisconsin, and whose principal offices are located at 10275 W. Higgins Road, Suite

750 Rosemont, Illinois 60018. Upon information and belief, the defendant, MARKEL INSURANCE COMPANY, formerly known as INSURANCE COMPANY OF EVANSTON, also known as EVANSTON INSURANCE COMPANY, was at all times material herein, the liability insurer of AGREE STORES, LLC, and/or AGREE REALTY CORPORATION, and that by reason of said policy of insurance, and the hereinafter described negligence of the defendants, WALMART, INC., WAL-MART REAL ESTATE BUSINESS TRUST, AGREE STORES, LLC, and AGREE REALTY CORPORATION, MARKEL INSURANCE COMPANY, formerly known as INSURANCE COMPANY OF EVANSTON, also known as EVANSTON INSURANCE COMPANY, is a proper party defendant.

7. That on or about the 26th day of October 2022, DONNA GROCHOWSKE, was lawfully on the Walmart Supercenter premises at 201 Edwards Blvd, Lake Geneva, Wisconsin 53147, as a shopper of the store. As she was heading from the parking lot to the pharmacy entrance to the store, she tripped over a heaved walkway that had been neglected by the defendants. DONNA GROCHOWSKE fell forward, headfirst, into a cement bollard in front of the entrance, and was severely injured in this fall, as hereinafter set forth.

8. That the defendants, WALMART, INC., WAL-MART REAL ESTATE BUSINESS TRUST, AGREE STORES, LLC, and/or AGREE REALTY CORPORATION, individually, and/or by their agents, servants and employees were negligent in failing

to provide and further to maintain premises that were safe and proper for people and invitees using said premises. The defendants negligently failed to reasonably inspect, repair and maintain its walkway in good repair. It further failed to warn its invitees of the dangerous condition of its walkway that it knew or should have known had fallen into disrepair.

9. That the negligence of WALMART, INC., WAL-MART REAL ESTATE BUSINESS TRUST, AGREE STORES, LLC, and/or AGREE REALTY CORPORATION, individually, and/or by their agents, servants, and employees, as described above, was the sole and proximate cause of the injuries sustained by the plaintiff, DONNA GROCHOWSKE, as more fully described below. That the plaintiff, DONNA GROCHOWSKE was not negligent.

10. That as a direct and proximate result of the negligence and carelessness of the defendants, named above, by their agents, servants, and employees, and the incident described above, the plaintiff, DONNA GROCHOWSKE, has suffered serious and permanent injuries, and suffered great pain of body and mind and will continue to suffer great pain of body and mind for the remainder of her life; was obliged and will continue to be obliged to expend monies for medical care and attendance; was prevented and will continue to be prevented from engaging in her normal daily activities, all to her damage in an amount to be determined.

## SECOND CAUSE OF ACTION – SAFE PLACE

As and for a cause of action on behalf of the plaintiff, DONNA GROCHOWSKE:

11. Re-Allege and Incorporate herein all of the allegations contained in paragraphs One (1) through Ten (10), inclusive of the First Cause of Action, with the same force and effect as if more fully set forth herein.

12. That the defendants, WALMART, INC., WAL-MART REAL ESTATE BUSINESS TRUST, AGREE STORES, LLC, and/or AGREE REALTY CORPORATION, individually and/or by their agents, servants and employees were negligent in failing to provide and further to maintain premises that were safe and proper for people and invitees using said premises, as regarded by the provisions of Chapter 101.11, Wis. Stats., et. seq., known as Wisconsin's Safe Place Statute, as applicable thereto.

**WHEREFORE,** the plaintiff, DONNA GROCHOWSKE, demands judgment against the defendants, WALMART, INC., WAL-MART REAL ESTATE BUSINESS TRUST, AGREE STORES, LLC, AGREE REALTY CORPORATION, and/or MARKEL INSURANCE COMPANY, formerly known as INSURANCE COMPANY OF EVANSTON, also known as EVANSTON INSURANCE COMPANY jointly and severally in an amount to be determined:

On behalf of the plaintiff, DONNA GROCHOWSKE for the First Cause of Action;

On behalf of the plaintiff, DONNA GROCHOWSKE for the Second Cause of Action; together with the costs, disbursements, and attorney fees of this action.

Demand is made for trial by a jury of twelve.

Dated this 3rd day of June 2025.

ACTION LAW OFFICES, S.C.

BY: *Electronically signed by Steven C. Gabert*
STEVEN C. GABERT
Attorney for the plaintiff
DONNA GROCHOWSKE
State Bar No. 1010762
933 North Mayfair Road, #307
Milwaukee, Wisconsin 53226
Telephone: (414) 456-1111
Fax: (414) 456-1644
scgabert@actionlawoffices.com